## HOSPITAL OF SAINT RAPHAEL *v.* ROBERT H. MONTGOMERY ET AL.
### (AC 16321)

Dupont, C. J., and Foti and Spear, Js.

Submitted on briefs March 24—officially released April 29, 1997

Per Curiam. The judgment is affirmed.

## MARGARET EDWARDS ET AL. *v.* JAMES TIERNEY
### (AC 15760)

O'Connell, Foti and Spear, Js.

Submitted on briefs March 24—officially released April 29, 1997

Per Curiam. The judgment is affirmed.

## STEPHEN C. ELDRIDGE *v.* PHYLLIS ELDRIDGE
### (AC 15839)

O'Connell, Foti and Spear, Js.

Submitted on briefs March 24—officially released May 6, 1997

Per Curiam. The judgment is affirmed.